```
              FILED _____ LODGED
       _____ RECEIVED _____ COPY

              OCT 0 6 2003

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
        BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glenn Kincaid, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Aramark/Service Master, Richard Gist, )<br>Rene Bates, and John Warford, )<br>)<br>Defendants. )<br>_____ ) | No. CV 02-1817-PHX-PGR<br><br>ORDER |

    The Court entered an order on December 17, 2002 that, in part, dismissed the plaintiff's complaint pursuant to Fed.R.Civ.P. 12(b)(6) and ordered the plaintiff to file an amended complaint no later than January 31, 2003.  The Court also specifically advised the plaintiff in that order that his failure to timely file the required amended complaint would result in the dismissal of this action without further notice.  A review of the record establishes that the plaintiff has to date failed to either file an amended complaint or to

/ / /

/ / /

/ / /



AO 72
(Rev 8/82)

-2-

request additional time in which to do so.  Therefore,

IT IS ORDERED that this action is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b).

Dated this 6th day of October, 2003.

                                                  Paul G. Rosenblatt
                                                United States District Judge